UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOKOLSKYFILM, INC.,

    Plaintiff,

v.

THE SORRENTO HOTEL PARTNERSHIP,

    Defendant.

C24-1702 TSZ

ORDER

Plaintiff's counsel having advised the Court that this matter should be dismissed with prejudice, see Notice of Voluntary Dismissal (docket no. 13), and Defendant's counsel having confirmed that no issue remains for the Court's determination, see Response to Plaintiff's Notice of Voluntary Dismissal (docket no. 15),

NOW, THEREFORE, IT IS ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(2), this case is DISMISSED with prejudice and without costs.

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 21st day of May, 2025.

                                  /s/ Thomas S. Zilly
                                Thomas S. Zilly
                                United States District Judge

ORDER - 1